**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON,

Plaintiff,

v.

OFFICE OF MANAGEMENT AND BUDGET, an agency of the United States,

Defendant.

NO. 2:21-cv-00564-RSL

STIPULATED BRIEFING SCHEDULE ON PLAINTIFF STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT

To accommodate an urgent situation of defense counsel, Plaintiff State of Washington has re-noted its pending Motion for Summary Judgment for October 1, 2021. The parties jointly agree and stipulate that Defendant Office of Management and Budget (OMB) will file its response to the pending Motion for Summary Judgment by no later than September 22, 2021 and Plaintiff State of Washington will file its reply by no later than October 1, 2021.

STIPULATED BRIEFING SCHEDULE ON PLAINTIFF STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT
NO. 2:21-cv-00564-RSL

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 14th day of September 2021.

TESSA M. GORMAN
Acting United States Attorney

*/s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendant*

ROBERT W. FERGUSON
Attorney General

*/s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
NATHAN K. BAYS, WSBA #43025
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206)464-7744
Lauryn.Fraas@atg.wa.gov
NathanBays@atg.wa.gov

*Attorneys for Plaintiff*

STIPULATED BRIEFING SCHEDULE ON PLAINTIFF STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT
NO. 2:21-cv-00564-RSL

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**ORDER**

**IT IS SO ORDERED**. The Clerk of Court is directed to renote the pending Motion for Summary Judgment for October 1, 2021.

Dated this 15th day of September, 2021.

ROBERT S. LASNIK
United States District Judge

STIPULATED BRIEFING SCHEDULE ON PLAINTIFF STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT
NO. 2:21-cv-00564-RSL

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744