The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>            Plaintiff,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>            Defendant. | Case No. 2:21-cv-00564-TL<br><br>STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE<br><br>**Noted on Motion Calendar:**<br>**August 19, 2022** |
| STATE OF WASHINGTON,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES NATIONAL ARCHIVES ANDRECORDS ADMINSTRATION,<br><br>            Defendant. | Case No. 2:21-cv-00565-TL |

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| | |
|---|---|
| STATE OF WASHINGTON, | Case No. 2:21-cv-00566-TL |
| Plaintiff, | |
| v. | |
| PUBLIC BUILDINGS REFORM BOARD, | |
| Defendant. | |
| STATE OF WASHINGTON, | Case No. 2:21-cv-00794-TL |
| Plaintiff, | |
| v. | |
| U.S. GENERAL SERVICES ADMINISTRATION, | |
| Defendant. | |

## JOINT STIPULATION

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following dispositive motion deadlines as set forth in the Court's July 6, 2022 Minute Order (Dkt. 35) by 30 days:

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendants' Consolidated Dispositive Motion | August 29, 2022 | September 28, 2022 |
| Plaintiff's Consolidated Response in Opposition and Dispositive Cross-Motion | September 19, 2022 | October 19, 2022 |
| Defendants' Consolidated Reply in Support of Their Motion and Response in Opposition to Plaintiff's Cross-Motion | October 10, 2022 | November 9, 2022 |
| Plaintiff's Reply in Support of its Cross-Motion | October 21, 2022 | November 21, 2022 |

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 19th day of August, 2022.

          ROBERT W. FERGUSON
          Attorney General

          *s/ Brian H. Rowe*
          BRIAN H. ROWE, WSBA #56817
          LAURYN K. FRAAS, WSBA #53238
          Assistant Attorneys General
          Office of the Attorney General
          800 Fifth Avenue, Suite 2000
          Seattle, Washington 98104
          Phone: (206) 464-7744
          Email: Brian.Rowe@atg.wa.gov
          Email: Lauryn.Fraas@atg.wa.gov

          *Attorneys for Plaintiff State of Washington*

**SO STIPULATED**.

Dated this 19th day of August, 2022.

          NICHOLAS W. BROWN
          United States Attorney

          *s/ Nickolas Bohl*
          NICKOLAS BOHL, WSBA #48978
          KATIE D. FAIRCHILD, CA Bar #47712
          Assistant United States Attorneys
          United States Attorney's Office
          700 Stewart Street, Suite 5220
          Seattle, Washington 98101-1271
          Phone: 206-553-7970
          Fax: 206-553-4067
          Email: nickolas.bohl@usdoj.gov
          Email: katie.fairchild@usdoj.gov

          *Attorneys for Defendants*

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## ORDER

**IT IS SO ORDERED.**

DATED this 19th day of August 2022.

                                             Tana Lin
                                             United States District Judge

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970