The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00564-TL<br><br>STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE<br><br>**Noted on Motion Calendar:**<br>**September 19, 2022** |
| STATE OF WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES NATIONAL ARCHIVES ANDRECORDS ADMINSTRATION,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00565-TL |

| | |
|---|---|
| STATE OF WASHINGTON, | Case No. 2:21-cv-00566-TL |
| Plaintiff, | |
| v. | |
| PUBLIC BUILDINGS REFORM BOARD, | |
| Defendant. | |
| STATE OF WASHINGTON, | Case No. 2:21-cv-00794-TL |
| Plaintiff, | |
| v. | |
| U.S. GENERAL SERVICES ADMINISTRATION, | |
| Defendant. | |

## **JOINT STIPULATION**

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following dispositive motion deadlines as set forth in the Court's August 19, 2022 Order (Dkt. 36) by 45 days:

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendants' Consolidated Dispositive Motion | September 28, 2022 | November 10, 2022 |
| Plaintiff's Consolidated Response in Opposition and Dispositive Cross-Motion | October 19, 2022 | December 2, 2022 |
| Defendants' Consolidated Reply in Support of Their Motion and Response in Opposition to Plaintiff's Cross-Motion | November 9, 2022 | December 22, 2022 |
| Plaintiff's Reply in Support of its Cross-Motion | November 21, 2022 | January 5, 2023 |

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1   **SO STIPULATED**.

2   Dated this 19th day of September, 2022.

3                              ROBERT W. FERGUSON
                               Attorney General

4
                               *s/ Brian H. Rowe*
5                              BRIAN H. ROWE, WSBA #56817
                               LAURYN K. FRAAS, WSBA #53238
6                              Assistant Attorneys General
                               Office of the Attorney General
7                              800 Fifth Avenue, Suite 2000
                               Seattle, Washington 98104
8                              Phone: (206) 464-7744
                               Email: Brian.Rowe@atg.wa.gov
9                              Email: Lauryn.Fraas@atg.wa.gov

10                             *Attorneys for Plaintiff State of Washington*

11
    **SO STIPULATED**.
12
    Dated this 19th day of September, 2022.
13
                               NICHOLAS W. BROWN
14                             United States Attorney

15                             *s/ Nickolas Bohl*
                               NICKOLAS BOHL, WSBA #48978
16                             KATIE D. FAIRCHILD, WSBA #47712
                               Assistant United States Attorneys
17                             United States Attorney's Office
                               700 Stewart Street, Suite 5220
18                             Seattle, Washington 98101-1271
                               Phone: 206-553-7970
19                             Fax: 206-553-4067
                               Email: nickolas.bohl@usdoj.gov
20                             Email: katie.fairchild@usdoj.gov

21                             *Attorneys for Defendants*

22

23

24

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING
SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-
00794-TL - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1

## __ORDER__

2

**IT IS SO ORDERED.**

3

4

DATED this __20th__ day of __September__ 2022.

5

6

Tana Lin
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING
SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-
00794-TL - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970