<table>
<tr><td>1</td><td colspan="2" align="right">The Honorable Tana Lin</td></tr>
<tr><td>2</td><td></td><td></td></tr>
<tr><td>3</td><td></td><td></td></tr>
<tr><td>4</td><td></td><td></td></tr>
<tr><td>5</td><td></td><td></td></tr>
<tr><td>6</td><td></td><td></td></tr>
<tr><td>7</td><td colspan="2" align="center">UNITED STATES DISTRICT COURT FOR THE<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE</td></tr>
<tr><td>8</td><td></td><td></td></tr>
<tr><td>9</td><td></td><td></td></tr>
<tr><td>10</td><td>STATE OF WASHINGTON,</td><td>Case No. 2:21-cv-00564-TL</td></tr>
<tr><td>11</td><td>Plaintiff,</td><td>STIPULATED MOTION FOR DISMISSAL</td></tr>
<tr><td>12</td><td>v.</td><td><b>Noted on Motion Calendar:</b><br><b>February 9, 2023</b></td></tr>
<tr><td>13</td><td>OFFICE OF MANAGEMENT AND BUDGET,</td><td></td></tr>
<tr><td>14</td><td>Defendant.</td><td></td></tr>
<tr><td>15</td><td></td><td></td></tr>
<tr><td>16</td><td>STATE OF WASHINGTON,</td><td>Case No. 2:21-cv-00565-TL</td></tr>
<tr><td>17</td><td>Plaintiff,</td><td></td></tr>
<tr><td>18</td><td>v.</td><td></td></tr>
<tr><td>19</td><td>UNITED STATES NATIONAL ARCHIVES ANDRECORDS ADMINSTRATION,</td><td></td></tr>
<tr><td>20</td><td>Defendant.</td><td></td></tr>
<tr><td>21</td><td></td><td></td></tr>
<tr><td>22</td><td></td><td></td></tr>
<tr><td>23</td><td></td><td></td></tr>
<tr><td>24</td><td></td><td></td></tr>
</table>

STIPULATED MOTION FOR DISMISSAL
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC BUILDINGS REFORM BOARD,<br><br>Defendant. | Case No. 2:21-cv-00566-TL |
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. GENERAL SERVICES ADMINISTRATION,<br><br>Defendant. | Case No. 2:21-cv-00794-TL |

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

//
//
//
//
//
//
//
//

STIPULATED MOTION FOR DISMISSAL
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 9th day of February, 2023.

ROBERT W. FERGUSON
Attorney General

*s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
LAURYN K. FRAAS, WSBA #53238
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
Phone: (206) 464-7744
Email: Brian.Rowe@atg.wa.gov
Email: Lauryn.Fraas@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

NICHOLAS W. BROWN
United States Attorney

*s/ Katie D. Fairchild*
NICKOLAS BOHL, WSBA #48978
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: nickolas.bohl@usdoj.gov
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 28 words, in compliance with the Local Civil Rules.

STIPULATED MOTION FOR DISMISSAL
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

**IT IS SO ORDERED.**

DATED this 14th day of February 2023.

_Tana Lin_
Tana Lin
United States District Judge

STIPULATED MOTION FOR DISMISSAL
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970